# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

Document # **8**

*Daley*

-v-

*Dept. of Homeland Security*

U.S.C.A. # _____

U.S.D.C. # **07-cv-4438**

JUDGE: **KMW**

DATE: **Oct. 26, 2007**

## INDEX TO THE RECORD ON APPEAL

OCT 26 2007

**PREPARED BY (NAME):** THOMAS R. PISARCZYK
**FIRM:** U.S. DISTRICT COURT - SOUTHERN DISTRICT OF NEW YORK
**ADDRESS:** 500 PEARL STREET, ROOM 370
NEW YORK, NEW YORK 10007
**PHONE NO.:** (212) 805 - 0636

**DISTRICT COURT DOCKET ENTRIES** --------

**DOCUMENT DESCRIPTION**                                                                 DOC. #

CLERK'S CERTIFICATE

SEE ATTACHED LIST OF NUMBERED DOCUMENTS

( ✓ ) Original Record                                                    (_____) Supplemental Record

The record in the above entitled case was indexed to the U.S.C.A
for the Second Circuit on the **26th** Day of **OCTOBER**, 2007.

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------

Daley

-v-

Dept. of Homeland Security

U.S.C.A. # _____

U.S.D.C. # 07cv 4438

JUDGE: KMW

DATE: Oct. 26, 2007

## Clerk's Certificate

I, J. Michael McMahon, Clerk of the Court of the United States District Court for the Southern District of New York, do hereby certify that the certified copy of the docket entries and the original filed papers numbered __1__ Through __7__, inclusive, constitutes the Original record on appeal in the above entitled proceedings except for the following missing documents:

Date Filed                    Document Description

In Testimony Whereof, I have caused the seal of said Court to be hereunto affixed, at the City of New York, this 26th Day of October. In this year of our Lord, Two Thousand and Seven, and the Independence of the United States this 232ND year.

J. Michael McMahon, Clerk

By _____
   Deputy Clerk

APPEAL, CLOSED

# U.S. District Court
## United States District Court for the Southern District of New York (Foley Square)
### CIVIL DOCKET FOR CASE #: 1:07-cv-04438-KMW
### Internal Use Only

Daley v. Department of Homeland Security et al
Assigned to: Judge Kimba M. Wood
Cause: 42:1983 Civil Rights Act

Date Filed: 05/30/2007
Date Terminated: 05/30/2007
Jury Demand: Plaintiff
Nature of Suit: 550 Prisoner: Civil Rights
Jurisdiction: Federal Question

| Date Filed | # | Docket Text |
|---|---|---|
| 05/30/2007 | 1 | DECLARATION IN SUPPORT OF REQUEST TO PROCEED IN FORMA PAUPERIS. Document filed by Deon Earl Daley.(laq) (Entered: 06/04/2007) |
| 05/30/2007 | 2 | COMPLAINT against N.Y.C. Police Dept. 73 Pct. Jason and Suza, Department of Homeland Security, Immigration and Customs Enforcement, Brooklyn D.A. Office, Michael Anderson, Mark, Israel Sigmond, Richard Allman. Document filed by Deon Earl Daley.(laq) (Entered: 06/04/2007) |
| 05/30/2007 |  | Magistrate Judge Gabriel W. Gorenstein is so designated. (laq) (Entered: 06/04/2007) |
| 05/30/2007 | 3 | ORDER OF DISMISSAL,,,Plaintiff's request to proceed in forma pauperis is granted, however, for the following reasons, plaintiff's action is dismissed without prejudice. Accordingly, plaintiff's action is dismissed without prejudice. 28 U.S.C. 1915(e)(2)(B)(ii), (iii). Nothing in this order shall preclude plaintiff from paying the full filing fee to bring a new civil action in this Court or any other federal court. The Court certifies pursuant to 28 U.S.C. 1915(a)(3) that any appeal from this order would not be taken in good faith, filed in complaint, filed in forma pauperis under 28 U.S.C. 1915(a)(1), is dismissed pursuant to 28 U.S.C. 1915(e)(2). We certify pursuant to 28 U.S.C. 1915(a)(3) that any appeal from this order would not be taken in good faith. (Signed by Judge Kimba M. Wood on 5/30/7) (laq) (Entered: 06/04/2007) |
| 05/30/2007 | 4 | JUDGMENT. Ordered, Adjudged and Decreed: That the complaint be and is hereby dismissed. 28 U.S.C. 1915(e)(2). We certify pursuant to 28 U.S.C. 1915(a)(3) that any appeal from the Court's order will not be taken in good faith. (Signed by Judge Kimba M. Wood on 5/30/7) (laq) (Entered: 06/04/2007) |
| 06/06/2007 | 5 | PRO SE MEMORANDUM dated 6/11/07 re: CHANGE OF ADDRESS for Deon Earl Daley. New Address: LLP #07-1273, Clinton Corr. Fac., PO Box 419, McElhattan, PA, 17748. (570) 769-7680 (phone), (570) 769-7637 (Fax) (tro) (Entered: 06/18/2007) |
| 08/30/2007 | 7 | NOTICE OF APPEAL from [4] Judgment - Sua Sponte (Complaint) Document filed by Deon Earl Daley. Copies mailed to attorney(s) of record: A.U.S.A. (tp) (Entered: 10/25/2007) |
| 08/30/2007 |  | Appeal Remark as to [7] Notice of Appeal filed by Deon Earl Daley. $455.00 APPEAL FEE DUE. IFP REVOKED 5/30/07. (tp) (Entered: 10/25/2007) |
| 10/17/2007 | 6 | ORDER; that plaintiffs motion for an extension of time to file a notice of a appeal, brought under Fed. R. App. P. 4(a)(5), is granted. The Court certifies to 28 U.S.C. section 1915(a)(3) that any appeal from this order would not be taken in good faith. (Signed by Judge Kimba M. Wood on 10/17/07) (pl) (Entered: 10/18/2007) |
| 10/25/2007 |  | Transmission of Notice of Appeal and Certified Copy of Docket Sheet to US Court of Appeals re: [7] Notice of Appeal. (tp) (Entered: 10/25/2007) |
| 10/25/2007 |  | Transmission of Notice of Appeal to the District Judge re: [7] Notice of Appeal. (tp) (Entered: 10/25/2007) |