MANDATE

## UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT
### THURGOOD MARSHALL U.S. COURT HOUSE
### 40 FOLEY SQUARE, NEW YORK, N.Y. 10007

Catherine O`Hagan Wolfe
**CLERK OF COURT**

**Date:** 12/19/07

**Docket Number:** 07-4721-pr

**Short Title:** Daley v. Department of Homeland Security

DC Docket Number: 07-cv-4438

DC: SDNY (NEW YORK CITY)

DC Judge: Honorable Kimba Wood

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, in the City of New York, on the 19th day of December, two thousand seven.

Judge Deon Earl Daley,

        Plaintiff-Appellant,

v.

Department of Homelant Security,

        Defendants-Appellees.



The *Civil Appeals Management Plan* of this court directs that within ten (10) days after filing a Notice of Appeal, the appellant shall, <u>inter</u> alia, either pay the docketing fee or move for leave to proceed *in forma pauperis*, and that in the event of default of this requirement the Clerk may dismiss the appeal without further notice.

The appellant herein not having so proceeded, upon consideration thereof, it is **ORDERED** that the appeal from the order of May 30, 2007, United States District Court for the Southern District of New York (NYNY) be, and it hereby is **DISMISSED**. Any motions pending prior to the entry of this order of dismissal are deemed **MOOT**.

For the Court:
Catherine O`Hagan Wolfe, Clerk
By:

Connie Mazariego, Deputy Clerk

A TRUE COPY
Catherine O'Hagan Wolfe, Clerk

by

DEPUTY CLERK

Certified:

DEC 19 2007

# UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT
### THURGOOD MARSHALL U.S. COURT HOUSE
### 40 FOLEY SQUARE, NEW YORK, N.Y.  10007

Catherine O`Hagan Wolfe
**CLERK OF COURT**

**Date:**          12/19/07                                    DC Docket Number: 07-cv-4438

Docket Number: 07-4721-pr                              DC:        SDNY (NEW YORK CITY)

Short Title:    Daley v. Department of Homeland          DC Judge: Honorable Kimba Wood
                Security

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, in the City of New York, on the 19th day of December,  two thousand seven.

Judge Deon Earl Daley,

          Plaintiff-Appellant,

v.

Department of Homelant Security,

          Defendants-Appellees.



The *Civil Appeals  Management Plan* of this court directs that within ten (10) days after filing a Notice of Appeal, the appellant shall, <u>inter</u> alia,  either pay the docketing fee or move for leave to proceed *in forma pauperis*, and that in the event of default of this requirement  the Clerk may dismiss the appeal without further notice.

The appellant herein not having so proceeded, upon consideration thereof, it is **ORDERED** that the appeal from the order of May 30, 2007, United States District Court for the Southern District of New York (NYNY) be, and it hereby is **DISMISSED**.  Any motions pending prior to the entry of this order of dismissal are deemed **MOOT**.

For the Court:
Catherine O`Hagan Wolfe, Clerk
By:
Connie  Mazariego, Deputy Clerk

THE CERTIFIED  ( ) ORDER ( ) NOTICE
        ( ) STATEMENT OF COSTS
HAS BEEN RECEIVED BY:
                DATE